

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The State of Texas,

Vs. No. 11-20-00232-CR

Melinda Kai Danley,

* From the 441st District Court
of Midland County,
Trial Court No. CR55224.

* July 28, 2022

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion.